IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-40132
Summary Calendar
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RUSSELL KENTON COLEMAN,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Eastern District of Texas
USDC No. 1:94-CR-57-1
_____
November 28, 1995

Before JOLLY, JONES, and STEWART, Circuit Judges.

PER CURIAM:[*]

The appellant appeals from a judgment of conviction on five firearms counts. He argues that his confession was not voluntary, that his confession was not corroborated, and that he should have been permitted to put on a "mistake of law" defense.

The district court did not err in holding the confession to be voluntary. See United States v. Scurlock, 52 F.3d 531, 536 (5th

_____

[*]Local Rule 47.5 provides: "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession." Pursuant to that Rule, the court has determined that this opinion should not be published.

Cir. 1995).  Adequate corroboration is in the record.  <u>See</u> <u>United</u> <u>States v. Crawford</u>, 52 F.3d 1303, 1309 (5th Cir. 1995); <u>United</u> <u>States v. Devoll</u>, 39 F.3d 575, 581 (5th Cir. 1994), <u>cert.</u> <u>denied</u>, 115 S.Ct. 1701 (1995).  "Mistake of law" is no defense.  <u>United</u> <u>States v. Merkt</u>, 764 F.2d 266, 273 (5th Cir. 1985).

A F F I R M E D.